HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI A. PHINNEY, ) | Civil No. C07-05212 WHA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, March 24, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (15) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 19, 2008

/s/
ELIZABETH FIRER
Assistant U.S. Attorney

Dated: February 19, 2008

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
LORI A. PHINNEY

IT IS SO ORDERED.

Dated: February 21, 2008

HON. WILLIAM H. ALSUP
United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

2

STIPULATION AND ORDER