HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI A. PHINNEY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL A. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>        Defendant. | No.: C07-05212 WHA<br><br>STIPULATION AND ORDER FOR<br>DISMISSAL |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

1
2
3
4

JOSEPH P. RUSSONIELLO
United States Attorney

5  Dated: March 20, 2008

/s/_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

6
7
8
9

10  Dated:  March 20, 2008

/s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
LORI A. PHINNEY

11
12
13

IT IS SO ORDERED.

14
15

16  Dated: __March 24, 2008__

_____
HON. JUDGE WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER

2